UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B.: KEVITSKY AND<br>DAVID-WYNN: MILLER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYMAC BANK, et al.,<br><br>　　　　　　Defendants.<br>_____ ) | 1:12-cv-00011-AWI-SMS<br><br>**ORDER DIRECTING CLERK TO<br>RETURN UNFILED DOCUMENTS<br>TO PLAINTIFF DANIEL B.: KEVITSKY** |

　　　On January 3, 2012, Plaintiff Daniel B: Kevitsky personally deposited with the Clerk of Court one original and two copies of a document entitled "For This Gold-Certificate of This Equity-Lis-Pendens-Lien Is With This Claim of This Equity-Gold-Certificate-Value-Lien." This document is not a recognizable or proper legal filing. As a result, the document is HEREBY ORDERED returned unfiled to Respondent.

IT IS SO ORDERED.

Dated:   **January 6, 2012**　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE