# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B.: KEVITSKY and DAVID-WYNN: MILLER,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>INDYMAC BANK, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00011-AWI-SMS<br><br>ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO FOLLOW A COURT ORDER<br><br>(Doc. 3) |

　　　On January 9, 2012, this Court dismissed Plaintiffs' Complaint for failure to state a claim. The January 9, 2012 Order granted Plaintiffs leave to file an Amended Complaint within thirty (30) days. In the event that Plaintiffs failed to timely file an Amended Complaint, the case was to be dismissed with prejudice.

　　　Plaintiffs having failed to file an Amended Complaint within thirty days of the January 9, 2012 Order, it is hereby ORDERED that this case be dismissed with prejudice for failure to follow a Court order.

IT IS SO ORDERED.

Dated:　February 14, 2012　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE