# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL B.: KEVITSKY and DAVID-WYNN: MILLER, | CASE NO. 1:12-cv-00011-AWI-SMS |
| Plaintiffs, | ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO FOLLOW A COURT ORDER |
| v. | |
| INDYMAC BANK, et al., | |
| Defendants. | (Doc. 3) |

On January 9, 2012, this Court dismissed Plaintiffs' Complaint for failure to state a claim. The January 9, 2012 Order granted Plaintiffs leave to file an Amended Complaint within thirty (30) days. In the event that Plaintiffs failed to timely file an Amended Complaint, the case was to be dismissed with prejudice.

Plaintiffs having failed to file an Amended Complaint within thirty days of the January 9, 2012 Order, it is hereby ORDERED that this case be dismissed with prejudice for failure to follow a Court order.

IT IS SO ORDERED.

Dated:   February 14, 2012                                    _____
                                                                                  CHIEF UNITED STATES DISTRICT JUDGE

-1-